**Order entered March 5, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01585-CV

**ROBIN LOUISE THOMAS, Appellant**

**V.**

**DONALD ALLIE AND JACKIE MCCLINTOCK AS REPRESENTATIVES OF THE ESTATE OF THI PHAM, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08195**

### ORDER

Before the Court is appellant's second opposed motion to extend time to file her jurisdictional letter brief addressing the timeliness of the appeal. We **GRANT** the motion and **ORDER** the brief be filed no later than April 2, 2020. In light of the narrow issue appellant needs to address, we caution that further extension requests will be disfavored and that the appeal may be dismissed if the letter brief is not timely filed. *See* TEX. R. APP. P. 42.3(a),(c).

/s/     ERIN A. NOWELL
JUSTICE